UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

RICARDO LEDET,                                                          Civil Action No.

        Plaintiff,

                                             District Judge

versus

SOUTHERN GLAZER'S WINE AND SPIRITS                    Magistrate Judge
OF LOUISIANA, LLC

        Defendant.

## NOTICE OF REMOVAL

NOW COMES Defendant, Southern Glazer's Wine and Spirits of Louisiana, LLC (SGWS), through undersigned counsel, who, fully reserving its rights to raise all defenses and objections which may be applicable, including but not limited to those stated in Fed. R. Civ. P. 12, hereby files this Notice of Removal of the above-captioned proceeding from the 15th Judicial District Court, Lafayette Parish, State of Louisiana, to the United States District Court for the Western District of Louisiana, Lafayette Division.  In support thereof, SGWS respectfully represents as follows:

## REMOVAL JURISDICTION

1.

Removal is proper in any civil action "of which the district courts of the United States have original jurisdiction[.]" 28 U.S.C. § 1441(a).  SGWS premises its removal on this Court's federal question jurisdiction pursuant to 28 U.S.C. § 1331.

2.

This Notice of Removal is filed within 30 days of receipt of the initial pleading through service of a copy of the Citation and Petition on SGWS's registered agent for service of process in

Louisiana, Corporation Service Company, on September 29, 2025.

3.

Venue is proper in the United States District Court for the Western District of Louisiana, Lafayette Division, because the 15th Judicial District Court for the Parish of Lafayette, State of Louisiana, is located within the geographical boundaries of this Court.

**STATEMENT OF FACTS**

4.

On or about September 22, 2025, Plaintiff, Ricardo Ledet (hereinafter "Ledet" or "Plaintiff"), filed a Petition for Damages for Wrongful Termination and Employment Discrimination (hereafter "Petition") against SGWS. The suit is captioned *Ricardo Ledet v. Southern Glazer's Wine and Spirits of Louisiana, LLC,* and bears Docket No. C-20256302 in Division D of the 15th Judicial District Court, Lafayette Parish, State of Louisiana. In accordance with 28 U.S.C. § 1446(a), a copy of the Citation, Petition, and all documents that were served upon SGWS is attached hereto as Exhibit A *in globo*.

5.

As set forth in the Petition, Plaintiff was employed by SGWS as a Supervisor. (Exh. A, at p. 3, ¶ 5). Plaintiff alleges he was subjected to discriminatory treatment, including harassment, denial of promotions, and disparate treatment during his employment. (Exh. A., at p. 3, ¶ 8). According to the Petition, Plaintiff, who is a black male, was asked to re-hire a white female employee he fired for leaving early from shifts. (Exh. A, at p. 3, ¶ 9). Plaintiff alleges refusing to re-hire the employee because other employees, predominantly black employees, were fired and not re-hired for leaving early (*Id*.) Plaintiff alleges that his supervisor, a white female, nonetheless re-hired the white employee. (*Id*.).  Plaintiff further alleges that, after he reported his supervisor's failure to adhere to company safety policies, Plaintiff's supervisor told him that she would no

2

longer train him on anything further in retaliation for a report Plaintiff made to an Operations Manager about her work performance. (Exh. A, pp. 3-4, ¶ 10). Plaintiff alleges that, despite not being on probation or having any write-ups or reprimands, he was passed over for promotion as a supervisor at a new facility in Geismar, Louisiana, and that a white employee who was on probation at the time was awarded the promotion instead. (Exh. A, p. 4, ¶ 11). Plaintiff alleges that his supervisor downgraded his evaluation in retaliation for Plaintiff's reporting of a text message sent by that supervisor in a group chat that called Plaintiff a "bi**h". (Exh. A, p. 4, ¶¶ 12-13). Plaintiff alleges making good faith complaints to management and human resources about these incidents and being terminated "under false or pretextual grounds". (Exh. A, p. 5, ¶ 15). Plaintiff's Petition alleges his termination violated Title VII of the Civil Rights Act and the Louisiana Employment Discrimination Law, La. R.S. § 23:301, *et seq.*. (Exh. A, p. 4-5, ¶¶ 14-16).

## FEDERAL QUESTION JURISDICTION

6.

Under 28 U.S.C. § 1331, federal courts have jurisdiction over actions "arising under the Constitution, laws, or treaties of the United States." Under the "well-pleaded complaint" rule, a federal court has original or removal jurisdiction only if a federal question appears on the face of the plaintiff's well-pleaded complaint. *Bernhard v. Whitney Nat'l Bank*, 522 F.3d 546 (5th Cir. 2008).

7.

Plaintiff's Petition asserts claims against SGWS under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.*, (Exh. A, p. 4-5, ¶¶ 7, 14-15).

8.

Since this Court has original jurisdiction over Plaintiff's wrongful termination claim pursuant to Title VII, federal question jurisdiction exists based on the face of the Petition. Pursuant

3

to 28 U.S.C. § 1367, this Court has supplemental jurisdiction over Plaintiff's state law discrimination claim also set forth in Plaintiff's Petition that is closely related to Plaintiff's Title VII claim.

## CONCLUSION

WHEREFORE, having properly established the propriety of removal based on federal question jurisdiction, Defendant, Southern Glazer's Wine and Spirits of Louisiana, LLC, respectfully removes the above-captioned action to this Court.

Respectfully submitted,

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*/s/ Andrew J. Halverson*
Andrew J. Halverson (La. Bar No. 31184)
325 Settlers Trace Blvd., Suite 201
Lafayette, Louisiana  70508
Telephone:  (337) 769-6582
Facsimile:  (337) 989-0441
Email: andrew.halverson@ogletreedeakins.com;

and

Michael C. Ledet (La. Bar No. 40430)
Hancock Whitney Center
701 Poydras St., Suite 3500
New Orleans, LA 70139
Telephone: (504) 648-3840
Facsimile: (504) 648-3859
Email: michael.ledet@ogletreedeakins.com

*Attorneys for Southern Glazer's Wine and Spirits of Louisiana, LLC*

**<ins>CERTIFICATE OF SERVICE</ins>**

I hereby certify that a copy of the foregoing Notice of Removal has been served on all counsel of record via the Court's CM/ECF, electronic, and first-class mail postage-prepaid on the following counsel of record:

> Holden Hoggatt, Esq.
> Hoggatt Law Group, APLC
> 209 Hulco Dr.
> Scott, LA 70583
> (337) 703-4925
> holden@hoggattlawgroup.com

This 24th day of October, 2025.

> */s/ Andrew J. Halverson*
> Andrew J. Halverson